

**Cohen & Mizrahi LLP**

Joseph H. Mizrahi – Attorney
300 Cadman Plaza W, 12th Floor
Brooklyn, NY 11201
P: 929-575-4175 | F: 929-575-4195
E: joseph@cml.legal | W: cml.legal

August 11, 2021

**VIA ECF**
Hon. Judge John G. Koeltl
United States District Judge
Southern District of New York
40 Centre Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 8/12/21

Re: <u>Sanchez v. TABcom, LLC, Civil Action No. 1:21-cv-04132-JGK</u>

Dear Judge Koeltl,

The undersigned represents Plaintiff Cristian Sanchez (hereinafter "Plaintiff") in the above-referenced matter.

The initial conference for this matter is set for August 12, 2021, at 2:30 p.m. It is now August 11, 2021, and Defendant has yet to appear in this case. By way of background, Plaintiff has attempted to serve Defendant without success and is in the process of ascertaining the correct address at which to serve Defendant.

In light of the above, the undersigned requests that the upcoming Conference be adjourned as well as an additional 30 days in which to file an Affidavit of Service with the Court.

Thank you for your time and consideration of the above request.

ADJOURNED TO WEDNESDAY, SEPTEMBER 29, 2021, AT 11:30AM.

SO ORDERED
8/12/21 /s/ John G. Koeltl
USDJ

Respectfully submitted,

/s/ *Joseph H. Mizrahi*
Joseph H. Mizrahi, Esq.